UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
SAIGE NUZZO,                                                  :
                                                              :
                                    Plaintiff                 :    SCHEDULING ORDER
                                                              :
            -against-                                         :    21 Civ. 7396 (AKH)
                                                              :
                                                              :
CITY OF NEW YORK, et al.,                                     :
                                                              :
                                    Defendants.               :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Per the parties' request (Doc. No. 17), the conference is adjourned to February 25, 2022, at 10:00 a.m., which will be held via the following call-in number:

      **Call-in number: 888-363-4749**

      **Access code: 7518680**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

      Finally, no later than February 23, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:   January 19, 2022                      ____/s/_Alvin K. Hellerstein____
            New York, New York                 ALVIN K. HELLERSTEIN
                                                                    United States District Judge